UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTY PALMER; et al., | No. 26-112 |
| Plaintiffs - Appellees, | D.C. No. 2:17-cv-06848-DMG-E Central District of California, Los Angeles |
| and | |
| EDWARD COX and ANN COX, | ORDER |
| Plaintiffs, | |
| v. | |
| COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S., named as Cognizant Technology Solutions U.S. Corporation, | |
| Defendants - Appellants. | |

Before: SILVERMAN, M. SMITH, and NGUYEN, Circuit Judges.

The motion (Docket Entry No. 3) to dismiss this appeal for lack of jurisdiction is granted. *See Rosenfeld v. United States*, 859 F.2d 717, 721-22 (9th Cir. 1988) ("[F]or an interim fee award to come under the collateral order exception, the [appellant] bears the burden of showing that ultimately it could not obtain repayment.").

**DISMISSED.**